```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

KORINNE HEYING KOESTLER                              PLAINTIFF

V.                         CIVIL ACTION NO. 3:23CV133TSL-MTP

DENBURY GULF COAST PIPELINES, LLC                    DEFENDANT

### CORRECTED ORDER

This cause comes before the court <u>sua sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket,

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 8th day of June, 2023.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE